The People of the State of New York, Respondent, v. James Edkins, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond [County of Richmond], convicting the defendant of a violation of section 483 of the Penal Law (impairing morals of a minor), unani-

mously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.